RECEIVED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JAN 0 7 2015

SHERRY WILLIAMSON, CLERK

No. 11-12-00306-CR

In The

COURT OF CRIMINAL APPEALS

AUSTIN. TEXAS

TRAVIS EDWARD ANDERSON, Petitioner

VS.

THE STATE OF TEXAS

From Appeals No. 11-12-00306-CR
Trial Cause No. CR20959 Brown County, Texas

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES, OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, TRAVIS EDWARD ANDERSON, Petitioner, In the above styled and cause number respectfully, files this Motion for an extension of time of **sixty (60)** days in which to file Petition for Discretionary Review. In support of this motion, appellant shows the Court the following, pursuant to Rule 68.2

I.

The Petitioner was convicted in the **35th District Court of Brown County, Texas**, of the offense of aggravated assault with a deadly weapon, styled State of Texas vs. Travis Edward Anderson. The Petitioner appealed to the **Court of Appeals, Eleventh District of Texas**. The case was affirmed on 12-18-2014.

II.

The present deadline for filing the Petition for Discretionary Review is, 1-17-2015. Petitioner has not requested any extension prior to this request.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

page 1.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk

## III.

Petitioner is requesting for the first time for an extension of time to prepare a **PDR** of the decision of the Court of Appeals of the Eleventh District of Texas in this matter. Petitioner asserts that, his court appointed appellate attorney **Mr. Evan Pierce Jones,** has informed Petitioner that he will not represent him on the **Petition for Discretionary Review.**

Wherefore, Petitioner prays this Honorable Court **grants** this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 11-12-00306-CR.

Respectfully Submitted,

*Travis Edward Anderson*

Travis Edward Anderson Petitioner, Pro se

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of time to file a **Petition for Discretionary Review,** has been forwarded by U.S Postal Mail Service, to the attorney for the state ; and to The Court of Criminal Appeals, P.O. BOX 12308 Capitol Station, Austin, Texas 78711 on this 5th day of __January__, 2015.

Respectfully Submitted

*Travis Edward Anderson*

Travis Edward Anderson, Petitioner, pro se

**UNSWORN DECLARATION**

I Travis Edward Anderson, Petitioner, Pro se TDCJ #1812491. Being presently incarcerated at the Wallace Pack 1 Unit of Texas Department of Criminal Justice-Inst, Division located in Grime County, Texas declare under the penalty of purjury that the foregoing statements are true and correct.

Excuted on this the ___5+h___, day of, January, 2015

RESPECTFULLY Submitted,

Travis Edward Anderson

Travis Edward Anderson, Petitioner, pro se

TDCJ# 1812491
Mr. Travis Edward Anderson
Wallace Pack 1 Unit
2400 wallace Pack Road
Navasota, Texas 77868

11-12-00306-CR

1-5-2015

TO THE CLERK OF THE COURT OF APPEALS ELEVENTH DISTRICT OF TEXAS
100 West Main Street, Suite 300
P.O. BOX 271
Eastland, Texas 76448

RE: FILING MOTION FOR EXTENSION OF TIME FOR PDR.

Please find enclosed one copy of First Motion for Extension of time to file a
PDR.

Respectfully Submitted,

Travis Edward Anderson, Petitioner pro se

FOREVER

NORTH HOUSTON TX

05 JAN 2015 PM 7 L

Travis Edward Anderson
#1842 491 Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

To The Clerk of the Court of Appeals
Eleventh District of Texas
100 West Main Street, Suite 300
P.O. Box 271
Eastland, Texas 76448

764480271171